IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERNEST JOSEPH,
A-094-808-335'

   Petitioner,

v.          CASE NO.  4:11cv525-SPM/WCS

ERIC H. HOLDER, JR., et al.,

   Respondents.
_____/

## ORDER

  THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 14, 2012 (doc. 23).  The parties were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

  1. The magistrate judge's report and recommendation (doc. 23) is ADOPTED and incorporated by reference in this order.

  2. The petition for writ of habeas corpus (doc. 1) filed by Ernest Joseph, Alien # A094-808-335, is granted.

3.   Respondent shall release Ernest Joseph upon conditions of supervision pursuant to 8 U.S.C. § 1231(a)(3).

DONE AND ORDERED this 21st day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:11cv525-SPM/WCS